IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACEN MANAGEMENT LLC, on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>DIRECTV, INC.,<br><br>  Defendant.<br>                                                          / | No. C 11-00384 WHA<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTIONS TO DISMISS AND STRIKE** |

Defendant filed a motion to dismiss the complaint and a motion to strike class allegations from the complaint. Plaintiff subsequently filed an amended complaint. Since then, defendant has not withdrawn its motions. Therefore, defendant's motions are **DENIED AS MOOT** and the hearing on April 21, 2011, is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE