1
2
3
4
5
6
7
8
9
10
11
12
13
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACEN MANAGEMENT LLC, a Connecticut limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, Inc., a Delaware corporation,<br><br>Defendant. | Case No.:  3:11-cv-00384-WHA<br><br>Hon. William Alsup<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND RE MOTION TO DISMISS AND MOTION TO STRIKE BRIEFING SCHEDULE AND HEARING DATE |

1 | **[PROPOSED] ORDER**

2 | WHEREAS, on March 31, 2011, Jacen filed its First Amended Complaint. (Dkt. No.
3 | 19.).

4 | WHEREAS, the Parties have agreed to extend the time for DIRECTV to respond to the
5 | First Amended Complaint from April 14, 2011 until April 21, 201.

6 | WHEREAS, the Parties have agreed to extend the time for Jacen's opposition papers
7 | and to set the hearing date on June 9, 2011.

8 | IT IS HEREBY STIPULATED AND ORDERED THAT:

9 | 1. DIRECTV shall have until April 21, 2011 to file its motions to dismiss and
10 | strike the First Amended Complaint.

11 | 2. Jacen shall have until May 12, 2011 to file opposition papers to DIRECTV's
12 | motions to dismiss and strike the First Amended Complaint.

13 | 3. DIRECTV shall have until May 26, 2011 to file any reply papers.

14 | 4. The hearing date will be June 9, 2011 at 2:00 p.m., or as soon thereafter as this
15 | matter may be heard.

16 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 | Dated: April 13, 2011.    _____
19 | Honorable William Alsup
UNITED STATES DISTRICT JUDGE