IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACEN MANAGEMENT LLC, on behalf of itself and all others similarly situated,

    Plaintiff,

  v.

DIRECTV, INC.,

    Defendant.

No. C 11-00384 WHA

**ORDER OF RECUSAL**

    For the reason discussed at yesterday's conference with counsel, the Court feels it best if another judge is assigned to these actions, so the undersigned judge hereby recuses himself. The Clerk shall please reassign the case pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: April 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE