UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MA/DA PROPERTIES, INC.,

    Plaintiff,

    v.

DIRECTV, INC.,

    Defendant.
_____/

No. C 11-0587 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the case is related to <u>Jacen Management LLC v. DirecTV, Inc.</u>, Case No. C-11-0384 CRB.

    The two cases were previously ordered related by the Honorable William H. Alsup. Judge Alsup subsequently issued an order of recusal, and the two cases were reassigned to different judges rather than being reassigned to the same judge.

**IT IS SO ORDERED.**

Dated: April 25, 2011

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge