IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACEN MANAGEMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTV, INC.,<br><br>    Defendant. | No. C 11-00384 CRB<br><br>**ORDER TO SHOW CAUSE** |

On April 21, 2011, DirecTV filed a Motion for Protective Order to Defer Initial Disclosures. Dkt. 30. That Motion was set on this Court's calendar following reassignment of the case and is now scheduled to be heard July 8, 2011. In the Court's view, this is a matter that ought to be addressed on a more expedited basis so the parties have a clear understanding of their discovery obligations. Accordingly, Plaintiff is directed to SHOW CAUSE in writing (not to exceed 10 pages) within **10 days of the date of this Order** why this Court should not issue the protective order requested by DirecTV. DirecTV shall file any reply (not to exceed 5 pages) within 7 days of Plaintiff's Opposition.

**IT IS SO ORDERED.**

Dated: May 6, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\384\Order to show cause re initial disclosures.wpd